**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DERYA ZANGANA, individually and on behalf of all others similarly situated,** | : | **CIVIL ACTION NO. 1:26-CV-923** |
| | : | **(Judge Neary)** |
| **Plaintiff,** | : | |
| **v.** | : | |
| **THE BEEF JERKEY OUTLET FRANCHISE, INC. d/b/a BEEF JERKEY EXPERIENCE,** | : | |
| **Defendant.** | : | |

## MEMORANDUM

Presently before the court is the parties' joint motion for protective order (Doc. 30). For the reasons explained below, the court will deny the motion.

Protective orders are ruled by Federal Rule of Civil Procedure 26(c). Even where parties agree, a joint stipulation on its own is not enough to satisfy Rule 26(c) nor overcome binding precedent from the Third Circuit Court of Appeals. Rule 26(c) specifically contemplates being used only where a "movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action [,]" language which clearly implies the rule exists where there is disagreement between the parties not, as here, agreement. In this instance, the parties' joint motion fails to establish there is good cause "that disclosure will work a clearly defined and serious injury." In re Avandia Marketing, Sales Practices and Products Liability Litigation, 924 F.3d 662 (3d Cir. 2019) (quoting Pansy v. Borough

of Stroudsburg, 23 F.3d 772,786 (3d Cir. 1994)). And the motion fails to address any of the factors the court must consider in determining good cause. See id.

For all these reasons, the court will deny the order without prejudice. The parties may enter into a confidentiality agreement on their own which does not require court approval or resubmit their motion in a manner that comports with the Federal Rules of Civil Procedure, as laid out in the court's civil practice order. (Doc. 12 ¶ 8).

An appropriate order follows.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania

Dated: November 13, 2026.